# EXHIBIT A

Filing # 127912597 E-Filed 06/02/2021 08:51:31 AM

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

**MAYRA ALMEDA-VENTO,**

    Plaintiff,

v.

**TARGET CORPORATION,**                  CIVIL DIVISION

    Defendant.                             CASE NO.: 2021-012882-CA-01

_____/

## COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

The Plaintiff, MAYRA ALMEDA-VENTO, by and through the undersigned counsel, hereby sues the Defendant, **TARGET CORPORATION** and alleges:

### JURISDICTION

1. This is an action for damages which exceeds Thirty Thousand Dollars ($30,000.00) exclusive of interest and costs, and otherwise within this Court's jurisdictional limits.

### PARTIES

2. At all times material hereto, the Plaintiff, **MAYRA ALMEDA-VENTO**, was and is a resident of Miami-Dade County, Florida, and is otherwise *sui juris*.

3. At all times material hereto, the Defendant, **TARGET CORPORATION,** was and is a Florida Corporation organized under the Laws of the State of Florida and doing business in Miami-Dade County, Florida.

### VENUE

4. Venue is proper in this County in that the Defendant does business in Miami-Dade County, Florida, and/or all of the acts complained of herein occurred in Miami-Dade County, Florida.

## GENERAL ALLEGATIONS

5. That on or about November 7, 2019, the Plaintiff, **MAYRA ALMEDA-VENTO**, was a business invitee of the Defendant, **TARGET CORPORATION**'s premises located at 8350 S. Dixie Highway, Miami, FL 33143.

## COUNT I - NEGLIGENCE CLAIM AGAINST TARGET CORPORATION

Plaintiff re-alleges and restates the allegations in paragraphs 1 through 5 as if fully set forth herein.

6. That at all times material hereto, and specifically on November 7, 2019, Defendant, **TARGET CORPORATION**, owned, managed, controlled, operated, and/or maintained the premises located at 8350 S. Dixie Highway, Miami, FL 33143, Miami-Dade County, Florida.

7. That on or about November 7, 2019, the Plaintiff, **MAYRA ALMEDA-VENTO**, was lawfully in Defendant, **TARGET CORPORATION's** premises, when she slipped and fell on an unknown liquid substance near a vending machine causing her to fall and sustain serious and permanent injuries.

8. That the Defendant owed to its business invitees a duty to provide a reasonably safe environment.

9. That the Defendant, its agents, servants or employees, breached its duty owed to the Plaintiff by negligently maintaining its premises in the following manner:

   a. By failing to maintain the floor of the premises in a reasonably safe condition, to wit, allowing liquids such as an unknown liquid substance, believed to be water and/or another liquid substance leaking from a vending machine and/or other substances to accumulate on the floor, and to prevent dangerous conditions from occurring; and/or

b. By failing to warn of the dangerous condition that existed at the time of the Plaintiff's incident; and/or

c. Failing to place barricades, wet floor signs, or other marking devices utilized to alert customers such as the Plaintiff of the dangerous condition that existed at the time of Plaintiff's incident; and/or

d. By failing to remove said unidentified liquid substance and/or other similar substance from the floor of the premises; and/or

e. By failing to correct the hazardous condition of the premises when the Defendant knew or should have known that the general public visits said premises and specifically the Plaintiff herein; and/or

f. Was otherwise negligent in the care, maintenance, and upkeep of the premises, and specifically by allowing a liquid and/or a similar substance to be left on the floor of the premises so as to cause the Plaintiff's injury.

10. That the Defendant knew or in the exercise of reasonable care should have known of the existence of the hazardous and dangerous condition which constituted a dangerous condition to the Plaintiff, and the condition had existed for a sufficient length of time that the Defendant knew or should have known of the condition and could have easily remedied it; and/or

11. That the hazardous and dangerous condition which constituted a dangerous condition to the Plaintiff occurred with such frequency that owner should have known of its existence.

12. As a direct and proximate result of the aforementioned negligence of the Defendant, **TARGET CORPORATION**, the Plaintiff, **MAYRA ALMEDA-VENTO**, slipped on a liquid substance and/or a similar substance that had accumulated on the floor and sustained severe,

grievous and permanent injuries, physical and mental pain and suffering, disability, physical impairment, disfigurement, mental anguish, inconvenience, loss of capacity for the enjoyment of life, loss of earnings and impairment of earning capacity and/or permanent aggravation of a pre-existing condition, and further incurred hospital bills, medical bills, and/or other bills as a result of said injuries; said injuries are either permanent or continuing in their nature and the Plaintiff, **MAYRA ALMEDA-VENTO** will suffer the losses into the future.

WHEREFORE, Plaintiff, **MAYRA ALMEDA-VENTO**, hereby demands judgment for damages, costs and interest from the Defendant, **TARGET CORPORATION,** together with whatever other relief the Court deems just and appropriate.

## DEMAND FOR JURY TRIAL

The Plaintiff, **MAYRA ALMEDA-VENTO,** hereby demands trial by jury of all issues so triable as a matter of right.

Dated: June 2, 2021

        **RUBENSTEIN LAW, P.A.**
        Attorneys for Plaintiff
        9130 S. Dadeland Blvd.
        Penthouse Suite
        Miami, FL 33156
        Phone: (305) 661-6000
        Fax: (305) 670-7555
        Email: aaron@rubensteinlaw.com
               crencurrell@rubensteinlaw.com
               eservice@rubensteinlaw.com

By:   */s/ Aaron Feuer*
       **AARON FEUER**
       Florida Bar No.: 100542